IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH HACHEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0484-CG-M |
| | ) |
| THOMAS POWELL, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 29th day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE